# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. ) No. 07-04007-01-CR-C-NKL
)
TRAVIS LEE GERDT, )
)
        Defendant. )

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Final Order of Forfeiture. On January 5, 2010, this Court entered a Preliminary Order of Forfeiture, forfeiting the following property to the United States:

1. Kodak Star 35mm camera;

2. 3-in-1 Digi Camera Webcam;

3. Lexmark x5270 scanner/printer/fax, serial number 01090009407;

4. eMachines brand computer monitor, model 786N, serial number 43 500 54775;

5. eMachines brand computer, model T2958, serial number QAT4510600512;

6. eMachines brand keyboard, model KB-9908, serial number REV.A;

7. Pair of speakers, model SP-30N;

8. Mouse, model name SAGM00; and

9. Tech Accents brand wireless mouse, serial number 0118729.

Pursuant to the Court's Preliminary Order of Forfeiture, notice of the forfeiture of the above-described property and the requirements for filing a claim for the property was properly posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) days, beginning on January 28, 2011, and ending on February 26, 2011.  A copy of the Declaration of Publication is on file with the Court.

Based upon the plea agreement, the Court finds that Defendant Travis Lee Gerdt had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 2253(a)(3).

Accordingly, it is hereby ORDERED:

1. Plaintiff's Motion for a Final Order of Forfeiture is hereby granted, and the above-described property is hereby forfeited to the United States pursuant to 18 U.S.C. § 2253(a)(3), and is to be disposed of according to law.

2. All other persons claiming any right, title or interest in or to the above-referenced property are held in default.

3. The claims and interests of any other persons or parties are forever foreclosed and barred.

4. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

5. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

s/ NANETTE K. LAUGHREY  
**NANETTE K. LAUGHREY**  
United States District Judge

Dated: June 1, 2011